Name, Address and Telephone Number of Attorney(s):

Sidney Kanazawa
ARC (Alternative Resolution Centers LLC)
1875 Century Park East, Suite 450, Los Angeles, CA 90067
(310) 284-8224

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Bryan Williams | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:21-cv-02907-RGK-JEM |
| v. | |
| P&B Market, et al | MEDIATION REPORT |
| Defendant(s). | |

*Instructions: The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. [✓] A mediation was held on (date): August 12, 2021 .

   [ ] A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   [✓] Appeared as required by L.R. 16-15.5(b).
   [ ] Did not appear as required by L.R. 16-15.5(b).
      [ ] Plaintiff or plaintiff's representative failed to appear.
      [ ] Defendant or defendant's representative failed to appear.
      [ ] Other:

3. Did the case settle?

   [✓] Yes, fully, on August 12, 2021 (date).
   [ ] Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   [ ] Yes, partially, and further facilitated discussions are **not** expected.
   [ ] No, and further facilitated discussions are expected. *(See No. 4 below.)*
   [ ] No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?

Dated: August 12, 2021

/s/
Signature of Mediator

Sidney Kanazawa
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*

ADR-03 (10/19)     **MEDIATION REPORT**     Page 1 of 1